# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROUSSEL | CIVIL ACTION |
| VERSUS | |
| | 20-756-SDD-RLB |
| BURROW GLOBAL SERVICES, LLC | |

## RULING

The Court has carefully considered the *Supplement*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated December 7, 2020, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, Defendant's Request for Remand is hereby GRANTED, and this action is hereby REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana.

Signed in Baton Rouge, Louisiana on <u>January 8, 2021</u>.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 6.